NEW DORP COAL CORPORATION, Respondent, v. IRVING FRANKEL and Others, Defendants; SIDNEY RAIKEN, SAMUEL RAIKEN, ISAAC BALSAM and MORRIS

SHAPIRO, Appellants.— Orders denying the separate motions of the appellants to dismiss the amended complaint on the ground that it fails to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements against each of the appealing defendants. Answers may be served within ten days after entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.